UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL MASSEY (#521030)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-121-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 20, 2014 (doc. no. 3). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner (sic) Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in State Custody filed by Paul Massey is DISMISSED, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, this ____ day of April, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA